IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: THERESA A. CAMPBELL ) CASE NO. 12-53031
)
) CHAPTER 13
)
) JUDGE PRESTON

NOTICE OF CHANGE OF ADDRESS

    Now comes the Debtors, by and through Counsel, and hereby notify the court of A change of Address for Debtor Theresa A. Campbell.

       5480 Winchester Pike
       Canal Winchester, OH 43110

       /s/ Karen E. Hamilton, #0064808
       Attorney for Debtors
       31 E. Whittier Street
       Columbus, Ohio 43206
       (614) 443-7920
       (614) 443-7922 fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th of October 2015, a copy of the Debtor's Change of Address was served on the following registered ECF participants, electronically through the Court's transmission facilities at their email addresses with the Court:

1. Office of the U. S. Trustee
   *Served Electronically

2. Frank M Pees, Chapter 13 Trustee
   *Served Electronically

/s/ Karen E. Hamilton, #0064808
Attorney for Debtors
31 E. Whittier St.
Columbus, Ohio 43206
(614) 443-7920
(614) 443-7922 fax